# 1ST AVENUE TOURING
WILLIAM J. BRIGGS, II, VENABLE, LLP.
2049 CENTURY PARK EAST, SUITE 2200
LOS ANGELES, CA 90067

ARTIST ENGAGEMENT AGREEMENT

Agreement made this **29TH day of MAY 2019** between **1st AVENUE TOURING, LLC., c/o William J. Briggs, II, Venable, LLP., 2049 Century Park East, Suite 2200, Los Angeles, CA 90067** f/s/o **GUCCI MANE** (hereinafter referred to as "Artist") **MAJOR ENTERTAINMENT** (Hereinafter referred to as "Purchaser"). It is mutually agreed between the parties as follows:
The Purchaser hereby engages the Artists and the Artists hereby agrees to perform the engagement hereinafter provided, upon all the terms and conditions herein set forth, including those entitled additional terms and conditions and rider(s) and agenda thereto.

| | | |
|---|---|---|
| 1. | DATE (S) OF ENGAGEMENT: | FRIDAY JULY 26TH, 2019 |
| 2. | PLACE OF ENGAGEMENT: | SILVERSTEIN ARENA |
| | | 19100 E VALLEY VIEW PKWY |
| | | INDEPENDENCE MO 64055 |
| 3. | HOURS OF ENGAGEMENT: | TBD |
| 4. | ENGAGEMENT FEE: | $100,000 ALL IN ( ONE HUNDRED THOUSAND DOLLARS) + HOSPITALITY RIDER |

ALL PAYMENTS SHALL BE PAID VIA BANK WIRE TRANSFER AS FOLLOWS:

**5a** **$50,000** OF APPEARANCE GUARANTEE SHALL BE PAID BY PURCHASER TO AND IN THE NAME OF 1ST AVENUE TOURING (EIN 37-1834037) UPON SIGNING OF CONTRACT NO LATER THAN **THURSDAY MAY 30TH, 2019**

**5b** THE REMAINING BALANCE OF **$50,000** SHALL BE PAID BY PURCHASER TO AND IN THE NAME OF 1ST AVENUE TOURING (EIN 37-1834037) NO LATER THAN 4 DAYS PRIOR TO **FRIDAY JULY 26TH, 2019. IN THE EVENT PURCHASER FAILS TO WIRE THE BALANCE 4 DAYS PRIOR TO THE DATE OF THE SHOW, THE ARTIST SHALL HAVE THE RIGHT TO CANCEL THE SHOW AND KEEP THE DEPOSIT.**

**5c** Purchaser agrees to furnish at its own expense as a show costs, those material rider specifications on the attached Rider hereto and per the budget incorporated in and a part of the Agreement, in order to provide a proper presentation of the entertainment presentation at performances, including a suitable theatre, hall or auditorium, well heated, lighted, and in good order, stage, curtains and public address system in perfect working condition, including microphone(s) in number and quality required by Artist and comfortable, lighted dressing rooms; and Purchaser shall provide as a show costs at its own expense all stagehands, stage carpenters, electricians, electrical operators and any other necessary and/or required worker to prepare for and handle the entertainment presentation (including scenery, properties, and baggage), special police, security, ushers, ticket sellers for advance or single sales (whenever sales take place), ticket takers, appropriate and sufficient advertising and publicity including but not limited to bill-posting, mailing and distribution of circulars, display newspaper advertising in principle newspapers and Purchaser shall pay all other necessary expenses in connection therewith. Purchaser agrees to pay all amusement taxes, facilities, services, and personal

to be furnished by Purchaser. Purchaser agrees to furnish all necessary material and equipment and to comply with Artist's direction to arrange the stage décor and settings for the performance hereunder.

**5d** Production Expenses shall include, but not be limited to the following:

| Expense | Estimate |
| --- | --- |
| Advertising | $ |
| Box Office | $ |
| Fire/Medical | $ |
| Parking | $ |
| Police | $ |
| Security | $ |
| Stagehands | $ |
| Technical Director | $ |
| Catering | $ |
| FOH Staffing | $ |
| Permits | $ |
| Phone/Internet | $ |
| Runners/Vans | $ |
| Local Sounds & Lights | $ |
| Artist Production | $ |
| Spotlights | $ |
| Towels | $ |
| Venue Marquee | $ |
| ASCAP | $ (.3%) |
| BMI | $ (.3%) |
| Credit Cards | $ |
| GMR | $ |
| Insurance | $ |
| Rent | $ |
| SESAC | $ (0.0194%) |

6. TERMS AND CONDITIONS: The parties acknowledge that the TERMS AND CONDITIONS set forth in this Agreement and the Rider hereto are incorporated in and a part of the Agreement between parties. If there are any inconsistencies between the Agreement and the Rider, the terms of the Rider shall control. The parties acknowledge that Melanzh Enterprises Llc/ The Diop Agency. Is an entertainment firm for ARTIST and is not a party to this Agreement and that is assumes no liability hereunder. 10% of the agreed upon fee above is non refundable.

Melanzh Enterprises Llc/ The Diop Agency. shall hold any sum required to be paid by purchaser prior to the date of engagement as a deposit payable to ARTIST which is released at the time of deposit. In the event that the purchaser does not make the payments set forth in the agreement on or before the dates and times specified or otherwise defaults in performing its obligations under this agreement, ARTIST shall be entitled to retain said deposits as liquidated damages.

Any claim or dispute arising out of or relating to this agreement or the breaching thereof shall be governed by the laws of the State of Georgia and settled solely by arbitration in Georgia. The parties specifically waive the right to bring an action to enforce this agreement in a court of law.
The parties hereto agree to be bound by the award in such arbitration and judgment upon the award rendered by the arbitrator may be entered in any court having jurisdiction thereof**.**

**ALL FLYER ARTWORK MUST BE APPROVED BY MANAGEMENT/ ARTIST**

THE SIGNATURES BELOW CONFIRM THAT THE PARTIES HAVE READ AND APPROVED EACH PROVISION SET FORTH ABOVE AND ON THE RIDER THERETO.

_____  _____
Purchaser                                               Authorized Signature
BRANDON MITCHELL                           1st AVENUE TOURING f/s/o GUCCI MANE
469-955-4800
shamar@legnamediagroup.com
Darryl.hill89@me.com