JS 44 (Rev 09/10)

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## CIVIL COVER SHEET

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the Western District of Missouri.

**The completed cover sheet must be saved as a pdf document and filed as an attachment to the Complaint or Notice of Removal.**

### Plaintiff(s):
First Listed Plaintiff:
Brandon Mitchell ;
2 Citizen of Another State; Texas
**County of Residence:** Outside This District

### Defendant(s):
First Listed Defendant:
1st Avenue Touring, LLC ;
5 Incorporated and Principal Place of Business in Another State; Delaware
**County of Residence:** Outside This District

Additional Defendants(s):
The DIOP Agency, LLC ;
5 Incorporated and Principal Place of Business in Another State; Georgia

Radric Davis ;
2 Citizen of Another State; Georgia

**County Where Claim For Relief Arose:** Jackson County

### Plaintiff's Attorney(s):
William Wooten (Brandon Mitchell)
Wooten Law Office
120 Court Square East
Covington, Tennessee 38019
**Phone:** 9014751050
**Fax:** 9012340028
**Email:** wawooten@gmail.com

### Defendant's Attorney(s):

**Basis of Jurisdiction:** 4. Diversity of Citizenship

**Citizenship of Principal Parties** (Diversity Cases Only)
**Plaintiff:** 2 Citizen of Another State
**Defendant:** 5 Incorporated and Principal Place of Business in Another State

**Origin:** 1. Original Proceeding

**Nature of Suit:** 190 All Other Contract Actions
**Cause of Action:** Breach of Contract
**Requested in Complaint**

**Class Action:** Not filed as a Class Action

**Monetary Demand (in Thousands):**

**Jury Demand:** Yes

**Related Cases:** Is NOT a refiling of a previously dismissed action

---

**Signature:** William A. Wooten

**Date:** 03/10/2022

If any of this information is incorrect, please close this window and go back to the Civil Cover Sheet Input form to make the correction and generate the updated JS44. Once corrected, print this form, sign and date it, and submit it with your new civil action.