# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| BRANDON MITCHELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:22-CV-00166-BCW |
| | ) |
| 1ST AVENUE TOURING, LLC, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER TO SHOW CAUSE

On March 10, 2022, Plaintiff through counsel filed a complaint in this Court. (Doc. #1). Under Fed. R. Civ. P. 4(m), a plaintiff must effectuate service on defendants within 90 days of the filing of the complaint. Fed. R. Civ. P. 4(m). "If a defendant is not served within 90 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m).

In this case, proof of service was due by June 8, 2022. As of the date of this Order, Plaintiff has not filed proof of service of process, nor otherwise demonstrated an intent to prosecute this matter. Accordingly, it is hereby

ORDERED Plaintiff shall show cause in writing on or before **November 7, 2022** why this matter should not be dismissed for failure to prosecute. Failure to timely respond to this Order may result in dismissal of this case without further notice.

IT IS SO ORDERED.

DATE: October 17, 2022

/s/ Brian C. Wimes
JUDGE BRIAN C. WIMES
UNITED STATES DISTRICT COURT